IN THE UNITED STATES DISTRICT COURT
STATE OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| ARVINMERITOR, INC., an Indiana corporation,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>Parker Hannifin Corporation, an  )<br>an Ohio corporation, F&B  )<br>Inc., formerly a South Carolina  )<br>corporation, Robert C. Berqvist,  )<br>d/b/a F&BAssociates, Inc., and  )<br>Robert C. Berqvist, individually,  )<br>)<br>Defendants.  )<br>_____) | CIVIL ACTION NO. 0:05-1396-MJP<br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiff, by and through its undersigned attorneys, hereby stipulates to the voluntary dismissal of all claims as to all defendants set forth in the Complaint with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. No responsive pleadings have been filed by any Defendant in this matter.

WE SO STIPULATE:

By:      s/J. Kenneth Carter, Jr.
         J. Kenneth Carter, Jr. (FCID #5108)
         Turner, Padget, Graham & Laney, P.A.
         Post Office Box 1473
         Columbia, South Carolina 29202
         (803) 254-2200
         Fax: (803) 400-1462
         Email: KCarter @TurnerPadget.com
         Attorney for Plaintiff

Columbia, South Carolina

Dated:     8/19/05